IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HECTOR ESCALET,** *ON BEHALF OF ALL OTHERS SIMILARLY SITAUTED*<br><br>v.<br><br>**CANADA DRY POTOMAC CORP.** | **CIVIL ACTION**<br><br>**NO. 23-329** |

## ORDER RE: MOTION TO TRANSFER

**AND NOW**, this 10th day of August, 2023, for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that Defendant's Motion to Transfer Venue to the Eastern District of Virginia (ECF No. 20) is **DENIED**.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
_____
**MICHAEL M. BAYLSON, U.S.D.J.**