IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HECTOR ESCALET,** *ON BEHALF OF ALL OTHERS SIMILARLY SITUATED*<br><br>v.<br><br>**CANADA DRY POTOMAC CORP.** | **CIVIL ACTION**<br><br>**NO. 23-329** |

### ORDER RE: MOTIONS FOR PARTIAL SUMMARY JUDGMENT

**AND NOW**, this 18th day of March, 2024, for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that Defendant's Motion for Partial Summary Judgment (ECF No. 52) is **GRANTED** and Plaintiff's Cross Motion for Partial Summary Judgment (ECF No. 53) is **DENIED**.

BY THE COURT:

s/ Michael M. Baylson

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 23\23-329 Escalet v. Canada Dry Potomac Corp\23cv329 Order re Motions for Partial Summary Judgment.doc