**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HECTOR ESCALET, on Behalf of Himself and All Others Similarly Situated, | |
| Plaintiff, | **Civil No.  2:23-cv-00329-MMB** |
| v. | |
| CANADA DRY POTOMAC CORP., | |
| Defendant. | |

## JOINT MOTION TO APPROVE FLSA SETTLEMENT AGREEMENT

Plaintiff Hector Escalet, on behalf of himself and all Eligible FLSA Collective Members who choose to participate, and Defendant Canada Dry Potomac Corp. have reached a settlement agreement finally resolving all remaining claims and defenses asserted in this Fair Labor Standards Act collective action case.  *See* Settlement Agreement, attached as **Exhibit 1-A** ("Settlement").

The Parties' Settlement is a fair and reasonable resolution of a bona fide FLSA dispute, and it does not frustrate the FLSA's purposes.  If court approval is required to effectuate this FLSA Settlement, all elements favor approval.  For the reasons set forth in their Memorandum, **Exhibit 1**, the Parties respectfully request this Court's Order approving the Settlement.

Respectfully submitted,

| **DAVIS GEORGE LLC** | **BLANK ROME LLP** |
| --- | --- |

*/s/ Tracey F. George*                 */s/ Anthony B. Haller*

| | |
| --- | --- |
| Tracey F. George (*phv*) | Anthony B. Haller (Pa. I.D. 37017) |
| 1600 Genessee St., Suite 328 | Frederick G. Sandstrom (Pa. I.D. 313392) |
| Kansas City, MO 64102 | One Logan Square |
| Tel. 816-569-2629 ext. 2 | 130 N. 18th Street |
| Fax 816-447-3939 | Philadelphia, PA 19103 |
| tracey@dgmlawyers.com | Tel: (215) 569-5500 |
| | Fax: (215) 569-5555 |
| Rowdy B. Meeks (*phv*) | anthony.haller@blankrome.com |
| **ROWDY MEEKS LEGAL GROUP LLC** | gus.sandstrom@blankrome.com |
| 8201 Mission Rd., Suite 250 | |
| Prairie Village, KS 66208 | |
| Tel. 913 766-5585 | *Attorneys for Defendant* |
| Fax 816 875-5069 | |
| rowdy.meeks@rmlegalgroup.com | |

Ryan Allen Hancock (Pa Bar No. No. 92590)
**WILLIG, WILLIAMS & DAVIDSON**
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
Tel. (215) 656-3679
rhancock@wwdlaw.com

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I certify that I filed the foregoing Joint Motion To Approve FLSA Settlement Agreement via the Court's CM/ECF system on July 19, 2024, which affected service on all counsel of record in this case.

/s/ Tracey F. George

Tracey F. George