UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HECTOR ESCALET,<br>On behalf of himself and all<br>others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CANADA DRY POTOMAC CORP.<br><br>    Defendant. | Civil No: 2:23-cv-00329-MMB<br><br>JURY TRIAL DEMANDED |

## ORDER

**AND NOW**, this **29th** day of **July, 2024**, upon consideration of the Parties' Joint Motion to Approve FLSA Settlement Agreement (the "Motion"), together with the supporting Memorandum and exhibits, it is hereby **ORDERED** that the Motion is **GRANTED.**

             **BY THE COURT:**

              **S/Michael M. Baylson**
              Hon. Michael M. Baylson
              United States District Judge