IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HECTOR ESCALET,** *on behalf of himself and all others similarly situated,*<br>*Plaintiffs*,<br><br>v.<br><br>**CANADA DRY POTOMAC CORP.,**<br>*Defendant*. | **CIVIL ACTION NO. 2:23-00329-MMB** |

## ORDER

AND NOW, this 26th day of August, it is hereby **ORDERED** that due to the Approval of the FLSA Settlement, the Clerk of Court shall close this case

BY THE COURT:

/s/ MICHAEL M. BAYLSON

**MICHAEL M. BAYLSON**
**United States District Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 23\23-329 Escalet v. Canada Dry Potomac Corp\23cv329 Order to close case.docx

1